UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ANGELINA ANTONUCCI,<br><br>Plaintiff,<br><br>v.<br><br>JOHN PHELAN IN HIS CAPACITY AS SECRETARY OF THE NAVY,<br><br>Defendant. | No. 5:23-cv-02579-KK-SP<br><br>**JUDGMENT IN FAVOR OF DEFENDANT JOHN PHELAN IN HIS CAPACITY AS UNITED STATES SECRETARY OF THE NAVY**<br><br>Honorable Kenly Kiya Kato<br>United States District Judge |

On July 24, 2025, defendant John Phelan in his capacity as United States Secretary of the Navy ("Defendant") moved for summary judgment under Fed. R. Civ. P. 56 on the grounds that (1) Plaintiff's hostile work environment claim based on sex, religion, and disability under Title VII of the Civil Rights Act of 1964 failed as a matter of law; and (2) that Plaintiff's failure to accommodate claim under Section 501 of the Rehabilitation Act failed as a matter of law (the "Motion"). Dkt. 56.

Plaintiff opposed the Motion. Dkt. 58. Defendant filed a reply brief in support of the Motion. Dkt. 60. After the Parties fully briefed the Motion, the Court entered an Order finding the Motion was appropriate for resolution without oral argument. Dkt. 61; Fed. R. Civ. P. 78(b); L.R. 7-15.

Having considered the pleadings, and evidence presented, the Court entered an order and granted the Motion to the two causes of action. Dkt. 64.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Pursuant to the Court's Order, Dkt. 64, the Motion is granted.
2. Judgment is hereby entered in favor of Defendant John Phelan in his capacity as United States Secretary of the Navy and against Plaintiff Angelina Antonucci.
3. Plaintiff's Third Amended Complaint is dismissed *with* prejudice.
4. Defendant is entitled to his costs incurred herein.

IT IS SO ORDERED.

Dated: August 29, 2025

_____
Honorable Kenly Kiya Kato
United States District Judge